Case 7:17-cv-00316 Document 9 Filed in TXSD on 10/20/17 Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 20, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARIA MURILLO, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:17-CV-316 |
| | § | |
| GREAT LAKES REINSURANCE SE, | § | |
| | § | |
| Defendant. | § | |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR REMAND

Upon consideration of Plaintiff's Unopposed Motion for Remand (Dkt. No. 8), the Court hereby **ORDERS** that the Motion is **GRANTED** and this cause is **REMANDED** to the 389th Judicial District Court, Hidalgo County, Texas.

SO ORDERED this 20th day of October, 2017, at McAllen, Texas.

_____
Randy Crane
United States District Judge